UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CAUSE NO. 3:07-CR-132(01)RM |
| ) | |
| ORLANDO WASHINGTON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 6, 2008.  Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Orlando Washington's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1), and Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   March 10, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court